# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

NO. 2025 KW 0804

VERSUS

ROBERT JAVONTIE MARKS

**OCTOBER 23, 2025**

---

In Re:   Robert Javontie Marks, applying for supervisory writs, 18th Judicial District Court, Parish of Iberville, No. 2020-CR-1054.

---

**BEFORE:   THERIOT, PENZATO, AND BALFOUR, JJ.**

    **WRIT DENIED ON THE SHOWING MADE IN PART AND DENIED IN PART.** The claims that defense counsel rendered ineffective assistance by failing to file any substantive motions until the morning of trial, meaningfully cross-examine the State's witnesses at trial, prepare a defense, consult an expert or otherwise challenge scientific evidence, and communicate and explain any plea agreements or offers cannot be addressed because appellate counsel failed to include the relevant portions of the trial transcript, the pertinent criminal court minutes, and any other portions of the record that might support these claims. Supplementation of this writ application and/or an application for rehearing will not be considered. See Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9. Any future filing on these claims should include the entire contents of this application, the missing items noted above, and a copy of this ruling. In all other respects, the writ application is denied. See La. Code Crim. P. art. 930.4(A); See **State v. Blank,** 2016-0213 (La. 5/13/16), 192 So.3d 93, 96 (*per curiam*); **State v. Lee,** 2014-2374 (La. 9/18/15), 181 So.3d 631, 638 (*per curiam*).

**MRT**
**AHP**
**KEB**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT